**SUPREME COURT OF NEW JERSEY**
**D-148 September Term 2020**
**086037**

**In the Matter of** :

**Moishie M. Klein,** :

**An Attorney At Law** :

**(Attorney No. 027762000)** :

FILED
AUG 19 2021
Heather J. Baker
CLERK

**ORDER**

This matter have been duly presented pursuant to Rule 1:20-10(b), following a granting of a motion for discipline by consent in DRB 21-041 of **Moishie M. Klein** of **Lakewood**, who was admitted to the bar of this State in 2000;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated RPC 1.8(a)(improper business transaction with a client), RPC 1.15(a) (commingling of funds and negligent misappropriation), RPC 1.15(d)(failure to comply with the recordkeeping provisions of R. 1:21-6), RPC 5.5(a)(1)(unauthorized practice of law – practicing law while ineligible to do so), RPC 7.5(e)(use of an improper professional designation that violates RPC 7.1, which provides that a lawyer shall not make false or misleading communications about the lawyer or the lawyer's services);

And the parties having agreed that respondent's conduct violated RPC 1. 8 (a), RPC 1.15(a), RPC 1.15(d), RPC 5.5(a)(1) and RPC 7.5(e), and that said conduct warrants a censure or lesser discipline as the Board deems appropriate;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV-2016-0601E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with Rule 1:20-16(e);

And good cause appearing;

It is ORDERED that **Moishie M. Klein** of **Lakewood** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 19th day of August, 2021.

Heather J Baker

CLERK OF THE SUPREME COURT